AO 94
(10/82)

**COMMITMENT TO ANOTHER DISTRICT**
(Rule 40, Federal Rules of Criminal Procedure)

**FILED**

# United States District Court

DISTRICT  *Eastern District of CA.*

SEP 25 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA
v.

*Richard Davis*

DOCKET NO.

MAGISTRATE CASE NO.  *1:07 mj 00 219 DLB*

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN
☐ indictment   ☐ information   ☐ complaint   ☒ Other (specify) *Violation of Pretrial Services*

charging a violation of _____ U.S.C. §

DISTRICT OF OFFENSE  *Western District of Texas, El Paso*

DATE OF OFFENSE  *8-9-07*

DESCRIPTION OF CHARGES:

*Violation of Pretrial Services*

BOND IS FIXED AT $ *detained*

*Eastern District of CA*
DISTRICT

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

*9/24/07*
Date

DENNIS L. BECK, U.S. Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |